IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN TATE,

    Plaintiff,

v.

JON LITSCHER, RANDALL HEPP, CHRIS KRUEGER, JOHN MAGGIONCALDA, STAN BETHKE, JOHN & JANE DOES 1-10,  JAMES L. LABELLE, TERRY KISER, GEORGE COOPER, ANA BOATWRIGHT, W. BLENSHAW, and KEVIN CARR,

    Defendants.

Case No. 16-cv-826-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/10/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |